S.D.N.Y.-N.Y.C.
09-cv-6796
Koeltl, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of September , two thousand eleven,

Present:
> Dennis Jacobs,
> > *Chief Judge,*
> Roger J. Miner,
> Robert A. Katzmann,
> > *Circuit Judges*.

Metro Foundation Contractors, Inc.

> *Plaintiff-Counter-Defendant-Appellant*,

> v.                                                                                     11-2571-cv

Arch Insurance Company,

> *Defendant-Third Party Plaintiff-Appellee*,

Marco Martelli Associates, Inc.[*] *et al.*,

> *Third Party Defendants-Counter Claimants-Appellees.*

Appellant, through counsel, seeks review of the district court's order denying its motion to dismiss, and moves for a stay of the district court proceedings pending appeal.  Appellees cross-

---

[*] The Clerk's Office is directed to amend the official caption in this case to list "Marco Martelli Associates, Inc." as Third Party Defendants-Counter Claimants-Appellees in place of "Marco Martelli & Associates, Inc."

SAO-MLM

move to dismiss the appeal. Upon due consideration, it is hereby ORDERED that the cross-motion to dismiss is GRANTED as this Court lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Jurisdiction is not available under the collateral order doctrine because the order appealed from is not "effectively unreviewable on appeal from a final judgment." *In re World Trade Ctr. Disaster Site Litig.*, 521 F.3d 169, 179 (2d Cir. 2008). It is further ORDERED that the motion for a stay is DENIED as moot.

　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe, Clerk

SAO-MLM　　　　　　　　　　　　2